UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
    Plaintiff, :
:
V. : CRIM. NO. 11-133(DRD)
:
: ORDER TO SHOW CAUSE
MOHAMED ALESSA :
:
    Defendant. :
:

To:    Stanley L. Cohen, Esq.
        119 Avenue D Fifth Floor
        New York, New York 10009

It appearing to the Court that:

1. This case was set down for sentencing on December 19, 2011 at 2:00 p.m.

2. On October 18, 2011 the Court received the following email from the Probation Office:

> I have just returned from the Metropolitan Detention Center in Brooklyn, where I attempted to interview Mr. Alessa for the presentence report.
>
> As I stated last week, defense attorney Stanley Cohen failed to respond to numerous phone calls and email messages to arrange the presentence interview at a mutually-convenient time. Sentencing is scheduled for December 2011.
>
> Because of Mr. Cohen's absence, Mr. Alessa was hesitant to participate in the interview and did not provide all of the information necessary to complete the report. Mr. Alessa also declined to sign the required release forms, therefore, I am unable to verify his background. Mr. Alessa expressed his concern that Mr. Cohen had not communicated with me or with him, and that Mr. Cohen did not attend the interview when he had previously told Mr. Alessa he would do so.

Please advice as to how the court would like us to proceed.

3. By letter dated October 19, 2011 the Court advised Mr. Cohen of the information contained in this email and stated "[p]lease advise me immediately how you intend to remedy the situation.

4. As of October 24, 2011 the Court had received no response from Mr. Cohen.

IT is, therefore, this 24th day of October, 2011

ORDERED that on November 7, 2011 at 2:00 p.m. Stanley L. Cohen, Esq., show cause why he should not be relieved as counsel for Mohamed Alessa or other appropriate action taken.

DICKINSON R. DEBEVOISE
U.S.S.D.J.

cc: Andrew D. Kogan, AUSA
L. Judson Welle, AUSA
James C. Patton, Esq.
Renee C. Caggia, Sr. U.S. Probation Officer
Ellen McMurray, Deputy Clerk
Mr. Mohamed Alessa