UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Dickinson R. Debevoise
                              :
          v.                  :      Crim. No. 11-133 (DRD)
                              :
MOHAMED ALESSA                :      SCHEDULING ORDER


     This matter having come before the Court upon the

application of defendant MOHAMED ALESSA (Stanley L. Cohen, Esq.,

appearing) for additional time to submit objections to the draft

presentence investigation report, disclose rebuttal expert

reports of Dr. Nuha Abudabbeh and/or Dr. Sanford Drob, and to

prepare for the sentencing of the defendant, and the Court having

heard and considered the arguments of counsel for the defendant

and the government during a telephonic conference on January 8,

2013, and for good cause shown,

     It is on this 10th day of January 2013,

     ORDERED that the following schedule is hereby set:

     1.   The defendant shall submit to the Probation Department

any objections to the draft presentence investigation report no

later than January 14, 2013;

     2.   The defendant shall disclose to the government any

rebuttal expert reports of Dr. Nuha Abudabbeh and/or Dr. Sanford

Drob, no later than January 21, 2013;

1

3.   The Probation Department shall disclose the final

presentence investigation report no later than <u>January 31, 2013</u>;

4.   Sentencing submissions of the parties shall be

submitted to the Court no later than <u>March 1, 2013</u>;

5.   Responsive sentencing submissions of the parties shall

be submitted no later than <u>March 22, 2013</u>;

6.   A status conference is set for <u>April 2, 2013</u>, at <u>10:00</u>

<u>a.m.</u> before this Court; and

7.   The sentencing hearing is set for <u>April 15, 2013</u>, at

<u>10:00 a.m.</u> before this Court.


_____
HON. DICKINSON R. DEBEVOISE
United States Senior District Judge