Oral Argument Requested

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

**UNITED STATES OF AMERICA**

    v.

**MOHAMED ALESSA,**

               Defendant.

No. 2:11-CR-133

**NOTICE OF MOTION**

**18 USC 3582(c)(1)(A)(i)**

---

    PLEASE TAKE NOTICE, that upon the memorandum of law of Kathy Manley, attorney for Mohamed Alessa, dated June 13, 2024, Mr. Alessa moves this Court on **July 15, 2024** for compassionate release pursuant to 18 USC 3582(c)(1)(A.)

    WHEREAS, Mohamed Alessa respectfully requests that the Court grant the above relief, and such other and further relief as this Court deems just and proper.

    Dated: June 13, 2024

                                    *Kathy Manley*
                                    KATHY MANLEY
                                    26 Dinmore Road
                                    Selkirk, NY 12158
                                    (518) 635-4005 (phone and fax)
                                    Mkathy1296@gmail.com

TO:    Clerk, US District Court
           District of New Jersey
           (filed via ecf)

           United States Attorney's Office
           (filed via ecf)

           Mohamed Alessa
           Address on file