

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Prison Camp*

Duluth, MN  55814

May 25, 2023

MEMORANDUM FOR ALESSA, Mohamed
                          Reg. No. 61801-050

FROM:        D. Sproul, Warden

SUBJECT:     Compassionate Release/Reduction In Sentence (RIS) Request

Your request for a Compassionate Release, due to your parents being ill, has been reviewed in accordance with Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582 and 4205(g)</u>.

Specifically, you state you request to be released to help care for your parents, who are ill. Compassionate release criteria was reviewed in accordance with policy guidelines. The Program Statement 5050.50 provides six categories which inmates may apply under for RIS consideration; terminal illness of inmate; debilitated medical condition of the inmate; elderly inmates with medical conditions; other elderly inmates; incapacitation or death of a child's guardian; and the incapacitation of an inmate's spouse. Although your parents being ill can be quite concerning for you, it does not fall under the criteria for Compassionate Release.

Therefore, you do not meet the minimum criteria for a Compassionate Release/Reduction in Sentence set forth in Program Statement 5050.50. In the event you are not satisfied with this response, you may file an Administrative Remedy within 20 calendar days by submitting a BP-229 to the Warden.

Inmate Provided copy on __5/30/23__ by __K. Hill__
                                DATE                   STAFF