

**Sam Hajal, M.D.**
Chief of Nephrology – M.L.H.
Co-Director – U.C.R.C
Board of Nephrology

510 31st Street
Union City, New Jersey 07087
Telephone (201) 866-3322
Fax (201) 866-2289

8/7/2023

Re: HIJJAWI, MAHMOUD
DOB 01/01/1949

To whom it may concern,

Mr Hijjawi is a current patient of mine. He has

- Chronic Kidney Disease. CKD stage 3
- Benighn Prostatic Hypertension .BPH
- Anemia
- Hypothyroidism
- Dyslipedemia

Mr Hijjawi on multiple medications

Please call me if needed

HAJAL

John Theurer Cancer Center
at Hackensack University Medical Center
92 Second St., Hackensack, NJ 07601
T: 551-996-5900  F: 551-996-0572

July 10, 2023

Re: Nadia H. Abusoud
DOB: 04/10/1960

To whom it may concern:

Nadia H. Abusoud is under my care for the evaluation and management of stage I grade II endometrial cancer. She is status post Robotic-assisted total laparoscopic hysterectomy, bilateral salpingo-oophorectomy, bilateral pelvic lymph node dissection (sentinel) and extensive lysis of dense adhesions on October 26, 2021.

Very truly yours,

*[signature]*

Mira Hellmann, M.D.

SURGICAL GYNECOLOGIC ONCOLOGY DIVISION

MIRA C. HELLMANN, M.D., FACOG
Surgical Gynecologic Oncology

AMI P. VAIDYA, M.D., FACOG
Co-Chief, Division of Gynecologic Oncology
Surgical Gynecologic Oncology

MERIEME KLOBOCISTA, M.D., FACOG
Surgical Gynecologic Oncology

www.jtcancercenter.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:11-CR-133 |
| v. | DECLARATION |
| MOHAMED ALESSA, | 18 USC 3582(c)(1)(A)(i) |
| Defendant. | |

**DECLARATION OF NADIA ABUSOUD**

I am the mother of Mohamed Alessa, and submit this Declaration in support of his motion for a sentence reduction.

I am almost 64 years old and have endometrial cancer, but I still need to work full-time in order to cover expenses. My husband, Mahmoud, is 75 and has kidney disease and is unable to work. We are struggling financially.

I had surgery in 2021 for my cancer and am hoping it does not get worse. I used to work part-time but had to go to full-time since my husband couldn't work anymore. It is extremely difficult to work full-time and also manage all of our medical appointments and everything else.

I need my son Mohamed to be released so he can help with all the appointments and also help contribute financially. Otherwise I don't know what we will do since I don't know how much longer I can manage like this. We have no other children and no one else to help.

I, Nadia Abusoud, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: February 20 2024

_____
Nadia Abusoud

TO:   Clerk, US District Court
      (e-filed)

      United States Attorney
      (e-filed)

      Mohamed Alessa
      Address on file

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.

MOHAMED ALESSA,

　　　　　　Defendant.

No. 2:11-CR-133

DECLARATION

18 USC 3582(c)(1)(A)(i)

---

### DECLARATION OF MOHAMED ALESSA

1. I am the Defendant herein, and submit this Declaration in support of my motion for a sentence reduction.

2. I am very sorry for agreeing to go to Somalia and join Al Shabab. I was immature and had a lot of problems with anger which I've worked on over the years.

3. I know my parents need me to help take care for them and provide for them as they are getting older and sicker. My greatest fear is that one or both of them will pass away while I am still in prison. I am their only child and I am full of shame about how I have disappointed and hurt them. I want and need to make it up to them.

I, Mohamed Alessa, Defendant in the above proceeding, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: March 18 2024

Mohamed Alessa
*/s/ Mohamed Alessa*

TO:　Clerk, US District Court
　　　(e-filed)

　　　United States Attorney
　　　(e-filed)