**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:61801-050, Last Name:ALESSA

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 61801-050 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (17) |
|   Last.........: ALESSA |   Violent Level......: R-LW (22) |
|   First........: MOHAMED | Security Level Inmate: LOW |
|   Middle.......: | Security Level Facl..: ADMIN |
|   Suffix.......: | Responsible Facility.: MAR |
| Gender.........: MALE | Start Incarceration..: 04/15/2013 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 6

General Score: -9, Violent Score: -3

Risk Item Data

| Category | – Assignment | – Start | – Stop |
|---|---|---|---|
| EDC | KENNEDY | 08/24/2020 11:05 | 08/24/2020 11:05 |
| EDC | VOLCANOES | 08/31/2020 11:10 | 08/31/2020 11:10 |
| EDC | THEIRTHERE | 09/14/2020 06:33 | 09/14/2020 06:33 |
| EDC | IMMUNE | 11/30/2020 13:48 | 11/30/2020 13:48 |
| EDC | REV IN AG | 02/15/2021 13:37 | 02/15/2021 13:37 |
| EDC | POET HARJO | 03/29/2021 13:31 | 03/29/2021 13:31 |

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data

  No Data

## FSA Needs Reassessment
Register Number:61801-050, Last Name:ALESSA

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

Register Number: 61801-050                    Responsible-Facility: MAR
Inmate Name                                   Assessment Date.....: 04/30/2024
   Last.........: ALESSA
   First........: MOHAMED
   Middle.......:
   Suffix.......:
Gender.........: MALE

**Needs Reassessment Worksheet Summary**

| Need Area | Before/After | Assignment | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV N | NEED - COGNITIONS NO |
| | After | N-COGNTV N | NEED - COGNITIONS NO |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
| | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL N | NEED - MEDICAL NO |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA Y | NEED - TRAUMA YES |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK Y | NEED - WORK YES |
| | After | N-WORK Y | NEED - WORK YES |

# Bureau of Prisons
## Psychology Services
## Group Participation

| | | | |
|---|---|---|---|
| **Inmate Name:** | ALESSA, MOHAMED | | **Reg #:** 61801-050 |
| **Date of Birth:** | 07/19/1989 | **Sex:** M | **Facilitator:** (P)McKee, Marissa PhD/ACL TS |
| **Date:** | 02/13/2024 | **Group Facility:** MAR | **Group Title:** [460] Trauma Education I Unit |

**Status:** Completed

**Enroll Date:** 02/13/2024    **End Date:** 04/23/2024

**Total Hours:** 8.17

## SESSION DATA:

**Number of Sessions:** 10    **First Session Date:** 02/13/2024    **Last Session Date:** 04/23/2024

| Date | Title | Duration | Attendance | Participation |
|---|---|---|---|---|
| 04/23/2024 | Makeup | 50 | Complete Session | Good |
| 04/09/2024 | Closeout and Assessments | 60 | Complete Session | Good |
| 04/02/2024 | Recovering | 60 | Complete Session | Good |
| 03/26/2024 | Coping | 60 | Complete Session | Good |
| 03/19/2024 | Common Symptoms | 60 | Complete Session | Good |
| 03/12/2024 | Impact of Trauma<br>Session Note: 40 minutes late to group. | 20 | Incomplete Session Not | Fair |
| 03/05/2024 | Characteristics of the Person | 60 | Complete Session | Good |
| 02/27/2024 | Group Canceled - Inmate Recall | 0 | Absent Excused | Not Apply |
| 02/20/2024 | Events & Conditions | 60 | Complete Session | Fair |
| 02/13/2024 | Intro & Expectations/What is trauma | 60 | Complete Session | Good |

| **Attendance** | | **Participation** | |
|---|---|---|---|
| Complete Session Present | 80.0 % | Good | 70.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 20.0 % |
| Incomplete Session Not Excused | 10.0 % | Poor | 0.0 % |
| Absent Excused | 10.0 % | Not Apply | 10.0 % |
| Absent Not Excused | 0.0 % | | |

## COMMENTS:

| Date | Provider |
|---|---|
| 04/11/2024 | McKee, Marissa PhD/ACL TS |

Mr. Alessa completed the required testing at the end of TSR. Results indicate he does not have a need for the Brief Clinical Interview or further treatment at this time. He was late for group and is scheduled for a makeup session next week to makeup the time missed.

# CERTIFICATE OF COMPLETION

*This certifies that*

## MOHAMED ALESSA

Reg. No. 61801-050

*Has successfully completed the requirements for*

### *Traumatic Stress & Resilience Resolve Workshop*

*(8 hours)*



April 23, 2024
USP Marion, Illinois

M. McKee, Ph.D.
Advanced Care Level Treatment Specialist

4

Bureau of Prisons
## Psychology Services
## Group Participation

| Inmate Name: | ALESSA, MOHAMED | | | | Reg #: | 61801-050 |
|---|---|---|---|---|---|---|

| **Date of Birth:** | 07/19/1989 | **Sex:** M | **Facilitator:** | (P)Womick, Courtney Speciality Treatment Program |
|---|---|---|---|---|
| **Date:** 10/10/2023 | | **Group Facility:** MAR | **Group Title:** | [435] Group B/What Is Anger |

**Status:** Completed

**Enroll Date:** 10/10/2023    **End Date:** 01/16/2024

**Total Hours:** 10.0

## SESSION DATA:

**Number of Sessions:** 10    **First Session Date:** 10/10/2023    **Last Session Date:** 01/12/2024

| Date | Title | Duration | Attendance | Participation |
|---|---|---|---|---|
| 01/12/2024 | Anger And Beliefs | 60 | Complete Session | Good |
| 11/30/2023 | My Next Steps | 60 | Complete Session | Good |
| 11/28/2023 | Anger And Other People | 60 | Complete Session | Good |
| 11/27/2023 | The Anger Iceburg | 60 | Complete Session | Good |
| 11/22/2023 | Healthy Physical Habits | 60 | Complete Session | Good |
| 11/15/2023 | Challenging My Beliefs | 60 | Complete Session | Good |
| 11/01/2023 | Anger Responses | 60 | Complete Session | Good |
| 10/25/2023 | The Effects Of Anger | 60 | Complete Session | Good |
| 10/18/2023 | Group B-Men And Anger | 60 | Complete Session | Good |
| 10/10/2023 | I-Unit Group B | 60 | Complete Session | Good |

| **Attendance** | | **Participation** | |
|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % |
| Incomplete Session | 0.0 % | Fair | 0.0 % |
| Excused | | Poor | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 0.0 % |
| Absent Excused | 0.0 % | | |
| Absent Not Excused | 0.0 % | | |




# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

## MOHAMED ALESSA

HAS SUCCESSFULLY COMPLETED

ANGER MANAGEMENT

FIRST STEP ACT CLASS CONDUCTED AT

## U.S.P. MARION, IL

GIVEN THIS _____30TH_____ DAY OF __NOVEMBER 2023__

C. WOMICK, SPECIALTY CARE TREATMENT SPECIALIST



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ALESSA, MOHAMED  61801-050

SEQUENCE: 01617875
Team Date: 01-19-2023

| | | | | |
|---|---|---|---|---|
| Facility: | MAR  MARION USP | | Proj. Rel. Date: | 05-24-2029 |
| Name: | ALESSA, MOHAMED | | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 61801-050 | | DNA Status: | BRO04428 / 06-28-2011 |
| Age: | 33 | | | |
| Date of Birth: | 07-19-1989 | | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | I UNASSG | I UNIT INMATES UNASSIGNED | 01-19-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | ESL HAS | ENGLISH PROFICIENT | 07-10-2013 |
| MAR | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-10-2013 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THA CMU | W | ACT WORKKEYS | 04-06-2021 | 10-12-2021 |
| THA CMU | C | ACE POET JOY HARJO CLASS | 03-29-2021 | 04-02-2021 |
| THA CMU | C | ACE REVOLUTION IN AGRICULTURE | 02-15-2021 | 02-19-2021 |
| THA CMU | C | ACE IMMUNE TROOPS CLASS | 11-30-2020 | 12-04-2020 |
| THA CMU | C | ACE THEIR THERE & THEY'RE | 09-14-2020 | 09-18-2020 |
| THA CMU | C | ACE VOLCANOES CLASS | 08-31-2020 | 09-04-2020 |
| THA CMU | C | ACE KENNEDY & THE COLD WAR | 08-24-2020 | 08-28-2020 |
| THA CMU | C | COLORED PENCIL CLASS | 01-04-2019 | 03-20-2019 |
| THA CMU | C | CMU AT RISK CLASS | 04-19-2019 | 09-12-2019 |
| THA CMU | C | DIABETES AWARENESS | 06-20-2019 | 06-21-2019 |
| THA CMU | C | BEGINNING CROCHET | 01-20-2019 | 03-23-2019 |
| THA CMU | C | NUTRITION | 11-01-2018 | 12-23-2018 |
| THA CMU | C | DIABETES AWARENESS | 02-22-2016 | 03-16-2016 |
| THA CMU | C | CMU HEALTH FAIR | 03-11-2016 | 03-16-2016 |
| THA CMU | C | TRAINING REC AIDES | 02-05-2016 | 03-04-2016 |
| THA CMU | C | CARDIO | 02-06-2016 | 03-03-2016 |
| THA CMU | C | CMU DRAWING CLASS | 11-05-2015 | 02-11-2016 |
| THA CMU | C | NUTRITION | 11-05-2015 | 02-11-2016 |
| THA CMU | C | NUTRITION | 09-24-2015 | 10-30-2015 |
| THA CMU | C | CARDIO TECHNIQUES | 08-01-2015 | 09-03-2015 |
| THA CMU | C | TRAINING REC AIDES/INSTRUCTORS | 08-04-2015 | 08-07-2015 |
| MAR CMU | C | CMU CROCHET CLASS | 04-14-2015 | 06-25-2015 |
| MAR CMU | C | BEGINNER STICK ART | 04-14-2015 | 06-25-2015 |
| MAR CMU | C | CMU PAINTING CLASS | 04-14-2015 | 06-25-2015 |
| MAR CMU | C | CMU ANATOMY CLASS | 04-14-2015 | 06-25-2015 |
| MAR CMU | C | CMU CROCHET CLASS | 01-22-2015 | 03-30-2015 |
| MAR CMU | C | CMU FITNESS CLASS | 01-21-2015 | 03-30-2015 |
| THA CMU | C | ADVANCE CALIS CLASS IN CMU | 11-06-2013 | 12-19-2013 |
| THA CMU | C | AT RISK STAFF TAUGHT NUTRITION | 12-12-2013 | 12-19-2013 |
| THA CMU | C | YOGA CLASS | 09-11-2013 | 10-04-2013 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 11-03-2022 | 399 : DISRUPTIVE CONDUCT-MODERATE |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 02-11-2021 |



**Individualized Needs Plan - Program Review** (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ALESSA, MOHAMED  61801-050

SEQUENCE: 01617875
Team Date: 01-19-2023

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-22-2013 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 05-26-2015 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-11-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-11-2021 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 09-14-2017 |
| ED NONE | DRUG EDUCATION NONE | 07-02-2013 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|---|

| FRP Assignment: | **COMPLT** | **FINANC RESP-COMPLETED** | Start: 05-11-2015 |
|---|---|---|---|

Inmate Decision: **AGREED**   $25.00   Frequency: **SINGLE**

Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $ N/A   Payments commensurate ?   N/A

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-19-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-19-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-19-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-19-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 06-30-2022 |
| N-EDUC N | NEED - EDUCATION NO | 01-19-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-19-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-19-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-19-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 01-19-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-19-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-19-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-19-2023 |
| N-WORK Y | NEED - WORK YES | 01-19-2023 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 01-19-2023 |

**Progress since last review**

| ** No notes entered ** |
|---|

**Next Program Review Goals**

| ** No notes entered ** |
|---|

**Long Term Goals**

| ** No notes entered ** |
|---|

**RRC/HC Placement**

| Consideration has been given for Five Factor Review (Second Chance Act): |
|---|

Archived as of 03-07-2023       Individualized Needs Plan - Program Review   (Inmate Copy)       Page 2 of 4



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ALESSA, MOHAMED   61801-050

SEQUENCE: 01617875
Team Date: 01-19-2023

- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

** No notes entered **



**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 01617875
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 01-19-2023
Plan is for inmate: ALESSA, MOHAMED  61801-050

Name:  ALESSA, MOHAMED          DNA Status:  BRO04428 / 06-28-2011
Register No.:  **61801-050**
Age:  33
Date of Birth:  07-19-1989

_____
Inmate   (ALESSA, MOHAMED, Register No.: 61801-050)


_____
Date


_____     _____
Unit Manager / Chairperson            Case Manager


_____     _____
Date                                  Date

_____


# Bureau of Prisons
## Psychology Services
### Independent Study

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ALESSA, MOHAMED | | | | Reg #: 61801-050 |
| Date of Birth: | 07/19/1989 | Sex: | M | Facility: THA | Unit Team: 3 |
| Date: | 03/16/2016 08:10 | Provider: | | Conner, Erin Psy.D. | |

**Comments**

Inmate ALESSA participated in a Health Fair on today's date, in which members of Recreation, Medical, Psychology, and Religious Services staff discussed their respective areas with several CMU inmates. The purpose of this Health Fair was to provide an interdisciplinary approach to the inmates' overall wellbeing.

During the Health Fair, this writer provided the inmates with a discussion of and handouts regarding a general overview of some psychology topics, to aid in the understanding of psychological services in the BOP. The topics discussed/handouts provided include the CBT Model, Cognitive Distortions, Communication Styles, Distress Tolerance - IMPROVE Skill, Progressive Muscle Relaxation, Sleep Hygiene, Building Happiness, and Steps to Positive Wellbeing.


Completed by Conner, Erin Psy.D. on 04/14/2016 08:11

# Bureau of Prisons
## Psychology Services
### Independent Study

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | ALESSA, MOHAMED | | | | | Reg #: | 61801-050 |
| Date of Birth: | 07/19/1989 | Sex: | M | Facility: | THA | Unit Team: | CMU |
| Date: | 10/21/2015 13:46 | Provider: | | Cranmer, Jacqueline PsyD/IP | | | |

**Comments**

Inmate ALESSA was provided with psychoeducational literature on comparative psychology on today's date per his request. This interaction emphasized rapport-building. The information can be used with the Dialectical Behavior Therapy (DBT) Distract skill and to decrease boredom. Research has shown that boredom can contribute to increased risk-taking, acting-out behaviors and exacerbate mental health symptoms. No additional follow up is warranted at this time and he was reminded of how to contact Psychology Services should the need arise in the future.

Completed by Cranmer, Jacqueline PsyD/IP Coordinator on 10/21/2015 13:48

# Bureau of Prisons
## Psychology Services
### Independent Study

| Inmate Name: | ALESSA, MOHAMED | | | | Reg #: | 61801-050 |
|---|---|---|---|---|---|---|
| Date of Birth: | 07/19/1989 | Sex: | M | Facility: THA | Unit Team: | CMU |
| Date: | 11/14/2014 14:49 | Provider: | | Cranmer, Jacqueline PsyD/IP | | |

## Comments

Inmate ALESSA was provided with literature on good mental health, coping, and ABC's of thinking on today's date per his request. This interaction emphasized rapport-building. The materials are provided for inmate ALESSA to learn new coping skills and can be used with the Dialectical Behavior Therapy (DBT) Distract skill and to decrease boredom. Research has shown that boredom can contribute to increased risk-taking, acting-out behaviors and exacerbate mental health symptoms. No additional follow up is warranted at this time and he was reminded of how to contact Psychology Services should the need arise in the future.

Completed by Cranmer, Jacqueline PsyD/IP Coordinator on 11/14/2014 14:51

(A) IDENTIFYING DATA

REG NO..: 61801-050              FORM DATE: 01-23-2023      ORG: MAR

NAME....: ALESSA, MOHAMED

                                    MGTV: NONE

PUB SFTY: GRT SVRTY                 MVED:

(B) BASE SCORING

DETAINER: (0) NONE                  SEVERITY.......: (7) GREATEST

MOS REL.: 76                        CRIM HIST SCORE: (00) 1 POINT

ESCAPES.: (0) NONE                  VIOLENCE.......: (3) 5-10 YRS MINOR

VOL SURR: (0) N/A                   AGE CATEGORY...: (4) 25 THROUGH 35

EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (4) 26-75%        PROG PARTICIPAT: (1) AVERAGE

LIVING SKILLS...: (2) GOOD          TYPE DISCIP RPT: (2A) 1 HIGH

FREQ DISCIP RPT.: (2) 1             FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER

+14  +15    0        +14      LOW          N/A           IN      SAME


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
    MARBN          *        INMATE DISCIPLINE DATA          *    05-01-2023
PAGE 001           *    CHRONOLOGICAL DISCIPLINARY RECORD    *    06:49:10


REGISTER NO: 61801-050 NAME..: ALESSA, MOHAMED
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-01-2023


--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3690896 - SANCTIONED INCIDENT DATE/TIME: 10-27-2022 1100
UDC HEARING DATE/TIME: 11-03-2022 1047
FACL/UDC/CHAIRPERSON.: THA/CMU/R. EISELE
REPORT REMARKS.......: TO ENCOURAGE IMPROVED BEHAVIOR
   399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
        LP COMM    / 90 DAYS / CS
                    FROM: 11-03-2022  THRU: 01-31-2023
        COMP:  LAW:    TO ENCOURAGE APPROPRIATE BEHAVIOR
        LP PHONE   / 90 DAYS / CS
                    FROM: 11-03-2022  THRU: 01-31-2023
        COMP:  LAW:    TO ENCOURAGE APPROPRIATE BEHAVIOR
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3618548 - SANCTIONED INCIDENT DATE/TIME: 04-18-2022 0810
UDC HEARING DATE/TIME: 05-03-2022 1315
FACL/UDC/CHAIRPERSON.: THA/CMU/T. ROYER
REPORT REMARKS.......: THE INCIDENT REPORT WAS RETURNED FROM THE DHO FOR REHEAR
                       ING BY THE UDC AS SECTION 11 DID NOT SUPPORT CODES 208 O
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP PHONE   / 7 DAYS / CS
                    FROM: 05-03-2022  THRU: 05-09-2022
        COMP:  LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3617088 - SANCTIONED INCIDENT DATE/TIME: 04-13-2022 1115
UDC HEARING DATE/TIME: 04-19-2022 1546
FACL/UDC/CHAIRPERSON.: THA/CMU/R. EISELE
REPORT REMARKS.......: BASED ON THE INMATE'S COMMENTS AND WRITTEN REPORT THE IN
                       MATE IS FOUND GUILTY OF CHARGES 307 AND 312.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP MPLAYER / 30 DAYS / CS
                    FROM: 04-22-2022  THRU: 05-21-2022
        COMP:  LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP EMAIL   / 30 DAYS / CS
                    FROM: 04-22-2022  THRU: 05-21-2022
        COMP:  LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3404892 - SANCTIONED INCIDENT DATE/TIME: 05-24-2020 0902
DHO HEARING DATE/TIME: 09-11-2020 1500          DHO REPT DEL: 11-30-2020 0845
FACL/CHAIRPERSON.....: THA/D.MATTHEWS
APPEAL CASE NUMBER(S): 1066766
REPORT REMARKS.......: I/M DENIES CHARGE
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P



G0002        MORE PAGES TO FOLLOW . . .
```

```
                        INMATE DISCIPLINE DATA                      *    05-01-2023
PAGE 002          *     CHRONOLOGICAL DISCIPLINARY RECORD           *    06:49:10


REGISTER NO: 61801-050 NAME..: ALESSA, MOHAMED
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-01-2023


DHO HEARING DATE/TIME: 09-11-2020 1500 REPORT 3404892 CONTINUED
         LP PHONE   / 90 DAYS / CS
                  FROM: 09-11-2020  THRU: 12-09-2020
         COMP:  LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3264611 - SANCTIONED INCIDENT DATE/TIME: 06-06-2019 0652
UDC HEARING DATE/TIME: 06-07-2019 1243
FACL/UDC/CHAIRPERSON.: THA/CMU/R.EISELE
REPORT REMARKS.......: I/M WAS FOUND GUILTY OF BEING IN ANOTHER I/M CELL.
                       REMOVED CODE 307.
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        LP COMM    / 30 DAYS / CS
                  FROM: 06-07-2019  THRU: 07-06-2019
        COMP:  LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2813439 - SANCTIONED INCIDENT DATE/TIME: 02-07-2016 1155
DHO HEARING DATE/TIME: 03-10-2016 1300              DHO REPT DEL: 04-06-2016 1300
FACL/CHAIRPERSON.....: THA/D. EZEKIEL
REPORT REMARKS.......: I/M ADMITS TO BEING INSOLENT WHEN TOLD REPEATEDLY TO
                       REMOVE SHEET FROM INTERIOR VIEW OF HIS CELL
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM    SUSPENDED 09-23-2015 1405
                                      LP COMM      SUSPENDED 09-23-2015 1405
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DIS GCT    / 1 DAYS / CS
        COMP:010 LAW:P
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2785088 - SANCTIONED INCIDENT DATE/TIME: 11-19-2015 0950
UDC HEARING DATE/TIME: 11-24-2015 1215
FACL/UDC/CHAIRPERSON.: THA/CMU/SWIFT
REPORT REMARKS.......: INMATE CLAIMED HE DID NOT REFUSE ANY ORDERS.  INMATE
                       FOUND GUILTY OF REFUSING ORDER AND CELL UNTIDY
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP COMM    / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2762345 - SANCTIONED INCIDENT DATE/TIME: 09-17-2015 1550
UDC HEARING DATE/TIME: 09-23-2015 1405
FACL/UDC/CHAIRPERSON.: THA/CMU/SWIFT
REPORT REMARKS.......: INMATE GUILTY OF NOT FOLLOWING INMATE DRESS CODE




G0002      MORE PAGES TO FOLLOW . . .
```

```
  MARBN          *        INMATE DISCIPLINE DATA          *     05-01-2023
PAGE 003         *     CHRONOLOGICAL DISCIPLINARY RECORD   *     06:49:10
```

REGISTER NO: 61801-050 NAME..: ALESSA, MOHAMED
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-01-2023

UDC HEARING DATE/TIME: 09-23-2015 1405 REPORT 2762345 CONTINUED
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM   / 15 DAYS / CS / SUSPENDED 180 DAYS
                  EXECUTED BASED ON HEARING OF 03-10-2016 1300
        COMP:  LAW:    SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM   / 15 DAYS / CS / SUSPENDED 180 DAYS
                  EXECUTED BASED ON HEARING OF 03-10-2016 1300
        COMP:  LAW:    SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2760600 - SANCTIONED INCIDENT DATE/TIME: 09-13-2015 1540
UDC HEARING DATE/TIME: 09-17-2015 1320
FACL/UDC/CHAIRPERSON.: THA/CMU/SWIFT
REPORT REMARKS.......: INMATE FOUND GUILTY OF REFUSING ORDER TO TUCK IN
                       SHIRT AND REFUSING TO FOLLOW DRESS CODE.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP EMAIL  / 15 DAYS / CS
        COMP:  LAW:
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP EMAIL  / 15 DAYS / CS
        COMP:  LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2635681 - SANCTIONED INCIDENT DATE/TIME: 10-02-2014 0715
UDC HEARING DATE/TIME: 10-03-2014 1230
FACL/UDC/CHAIRPERSON.: THA/CMU/SWIFT
REPORT REMARKS.......: INMATE MADE NO COMMENT AT UDC HEARING.  FOUND GUILTY OF
                       REFUSING TO STOP CURSING AFTER BEING ORDERED TO STOP
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM   / 14 DAYS / CS
        COMP:  LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2628263 - SANCTIONED INCIDENT DATE/TIME: 09-11-2014 1523
UDC HEARING DATE/TIME: 09-17-2014 1225
FACL/UDC/CHAIRPERSON.: THA/CMU/SWIFT
REPORT REMARKS.......: GUILTY OF HAVING 4 INMATES IN CELL.  INMATE STATED IT
                       WAS HIS ASSIGNED CELL
   315  PARTICIPATNG IN UNAUTH MEETING - FREQ: 1
        LP COMM   / 14 DAYS / CS / SUSPENDED 180 DAYS
        COMP:  LAW:    SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2584333 - SANCTIONED INCIDENT DATE/TIME: 05-15-2014 1728
DHO HEARING DATE/TIME: 06-06-2014 0900            DHO REPT DEL: 06-20-2014 1600
FACL/CHAIRPERSON.....: THA/EZEKIEL
REPORT REMARKS.......: FIGHTING WITH ANOTHER INMATE


G0002     MORE PAGES TO FOLLOW . . .
```

```
MARBN                        INMATE DISCIPLINE DATA                *    05-01-2023
PAGE 004         *      CHRONOLOGICAL DISCIPLINARY RECORD          *    06:49:10


REGISTER NO: 61801-050 NAME..: ALESSA, MOHAMED
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MQS PRIOR TO 05-01-2023


DHO HEARING DATE/TIME: 06-06-2014 0900 REPORT 2584333 CONTINUED
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:   LAW:
         LP COMM    / 45 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 45 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2483339 - SANCTIONED INCIDENT DATE/TIME: 08-18-2013 1745
UDC HEARING DATE/TIME: 08-27-2013 1345
FACL/UDC/CHAIRPERSON.: THA/CMU/SWIFT
REPORT REMARKS.......: INMATE STATED INCIDENT REPORT WAS COMPLETELY FABRICATED
   398  INTERFERING W/STAFF-MODERATE - FREQ: 1
         LP COMM    / 60 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2479149 - SANCTIONED INCIDENT DATE/TIME: 08-11-2013 1850
UDC HEARING DATE/TIME: 08-13-2013 1400
FACL/UDC/CHAIRPERSON.: THA/CMU/M. BAYLESS
APPEAL CASE NUMBER(S): 749531
REPORT REMARKS.......: GUILTY OF MORE THAN 2 INMATES PRAYING PER CELL
   315  PARTICIPATNG IN UNAUTH MEETING - FREQ: 1
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2475244 - SANCTIONED INCIDENT DATE/TIME: 08-01-2013 0900
UDC HEARING DATE/TIME: 08-06-2013 1255
FACL/UDC/CHAIRPERSON.: THA/CMU/BAYLESS
REPORT REMARKS.......: INMATE CLAIMED HE WAS UNAWARE OF POLICY
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 15 DAYS / CS
         COMP:   LAW:
         LP VISIT   / 15 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2454935 - SANCTIONED INCIDENT DATE/TIME: 06-10-2013 0918
UDC HEARING DATE/TIME: 06-14-2013 1130
FACL/UDC/CHAIRPERSON.: BRO/J/DAVIS
REPORT REMARKS.......: INMATE WAS SANCTIONED FOR CODE 316



G0002       MORE PAGES TO FOLLOW . . .
```

```
  MARBN          *       INMATE DISCIPLINE DATA           *      05-01-2023
  PAGE 005        *    CHRONOLOGICAL DISCIPLINARY RECORD    *      06:49:10
```

REGISTER NO: 61801-050 NAME..: ALESSA, MOHAMED
FUNCTION...: PRT        FORMAT: CHRONO      LIMIT TO ____ MOS PRIOR TO 05-01-2023

UDC HEARING DATE/TIME: 06-14-2013 1130 REPORT 2454935 CONTINUED
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP OTHER   / 30 DAYS / CS
         COMP:    LAW:   TRULINCS  8-6-13 TO 9-4-13
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2451256 - SANCTIONED INCIDENT DATE/TIME: 05-31-2013 0130
UDC HEARING DATE/TIME: 06-07-2013 0805
FACL/UDC/CHAIRPERSON.: BRO/J/M. DAVIS
REPORT REMARKS.......: I/M SANCTIONED TO 60 DAYS LOSS OF TRULINCS, 60 DAYS LOSS
                       OF COMMISSARY AND 60 DAYS LOSS OF VISITING
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP OTHER   / 60 DAYS / CS
         COMP:    LAW:    60 DAYS LOSS OF TRULINCS FROM 06-07-13 UNTIL
                          08-05-13
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 60 DAYS / CS
         COMP:    LAW:    60 DAYS LOSS OF COMMISSARY FROM 06-07-13 UNTIL
                          08-05-13
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP VISIT   / 60 DAYS / CS
         COMP:    LAW:    60 DAYS LOSS OF VISITING FROM 06-07-13 UNTIL
                          08-05-13
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2427419 - SANCTIONED INCIDENT DATE/TIME: 04-01-2013 0900
DHO HEARING DATE/TIME: 04-23-2013 0905
FACL/CHAIRPERSON.....: BRO/GARCIA D
REPORT REMARKS.......: NO STATEMENT/REFUSED TO LEAVE FROM SHU/RELEASED FROM SHU
                       PRIOR TO DHO HEARING
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:   SUSPENDED PENDING CLEAR CONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2422500 - SANCTIONED INCIDENT DATE/TIME: 03-18-2013 1000
UDC HEARING DATE/TIME: 03-26-2013 0820
FACL/UDC/CHAIRPERSON.: BRO/J/N. WALLER
REPORT REMARKS.......: 30 DAYS LOSS OF PHONES TO DETER FUTURE NEGATIVE BEHAVIOR
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP PHONE   / 30 DAYS / CS
         COMP:    LAW:   30 DAYS LOSS OF PHONES FROM 3/26/13 - 4/24/13
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2397367 - SANCTIONED INCIDENT DATE/TIME: 01-15-2013 1235
DHO HEARING DATE/TIME: 02-07-2013 0840
FACL/CHAIRPERSON.....: BRO/GARCIA D
REPORT REMARKS.......: NO STATEMENT/REFUSES TO GO BACK TO GP FROM SHU


G0002       MORE PAGES TO FOLLOW . . .
```

12

```
MAREN                INMATE DISCIPLINE DATA              *    05-01-2023
PAGE 006        *    CHRONOLOGICAL DISCIPLINARY RECORD    *    06:49:10


REGISTER NO: 61801-050 NAME..: ALESSA, MOHAMED
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-01-2023


DHO HEARING DATE/TIME: 02-07-2013 0840 REPORT 2397367 CONTINUED
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 2
        DS         / 40 DAYS / CS
        COMP:  LAW:   UNTIL 3/18/13
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2393286 - SANCTIONED INCIDENT DATE/TIME: 01-04-2013 1315
UDC HEARING DATE/TIME: 01-08-2013 1030
FACL/UDC/CHAIRPERSON.: BRO/J/DAVIS
REPORT REMARKS.......: INMATE ADMITTED TO REFUSING PROGRAMS
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:  LAW:   1-9-13 TO 2-7-13
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2331238 - SANCTIONED INCIDENT DATE/TIME: 07-25-2012 1400
DHO HEARING DATE/TIME: 11-16-2012 0935
FACL/CHAIRPERSON.....: BRO/GARCIA D
REPORT REMARKS.......: ASSAULTED INMATE HAWLEY #60662-080
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
        DS         / 40 DAYS / CS
        COMP:  LAW:   UNTIL 12/25/12
        LP COMM    / 150 DAYS / CS
        COMP:  LAW:   11/16/12-4/14/13
        LP EMAIL   / 150 DAYS / CS
        COMP:  LAW:   11/16/12-4/14/13
        MON FINE   / 25.00 DOLLARS / CS
        COMP:  LAW:   MONETARY FINE
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2291943 - SANCTIONED INCIDENT DATE/TIME: 04-13-2012 1900
UDC HEARING DATE/TIME: 04-18-2012 0950
FACL/UDC/CHAIRPERSON.: BRO/C/M. REEDER
REPORT REMARKS.......: SANCTIONED TO DETER FUTURE BEHAVIOR
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP VISIT   / 60 DAYS / CS
        COMP:  LAW:   FROM 04-18-2012 UNTIL 06-16-2012.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2287892 - SANCTIONED INCIDENT DATE/TIME: 04-04-2012 1430
UDC HEARING DATE/TIME: 04-11-2012 1445
FACL/UDC/CHAIRPERSON.: BRO/C/M. REEDER
REPORT REMARKS.......: SANCTIONED TO DETER FUTURE NEGATIVE BEHAVIOR.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP PHONE   / 45 DAYS / CS
        COMP:  LAW:   FROM 4-11-2012 UNTIL 5-25-2012.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 45 DAYS / CS
        COMP:  LAW:   FROM 4-11-2012 UNTIL 5-25-2012.


G0002      MORE PAGES TO FOLLOW . . .
```

```
MARBN           *        INMATE DISCIPLINE DATA          *   05-01-2023
PAGE 007        *     CHRONOLOGICAL DISCIPLINARY RECORD   *   06:49:10
```

REGISTER NO.: 61801-050 NAME..: ALESSA, MOHAMED
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-01-2023

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2163067 - SANCTIONED INCIDENT DATE/TIME: 05-13-2011 2032
UDC HEARING DATE/TIME: 05-19-2011 1425
FACL/UDC/CHAIRPERSON.: BRO/C/M. REEDER
REPORT REMARKS.......: INMATE WAS SANCTIONED TO DETER FUTURE BEHAVIOR. ALESSA
                       HAS AN EXTENSIVE DISCIPLINARY HISTORY.
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
        LP VISIT   / 90 DAYS / CS
        COMP:  LAW:  FROM 5-19-2011 UNTIL 08-16-2011.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2128782 - SANCTIONED INCIDENT DATE/TIME: 02-22-2011 1715
DHO HEARING DATE/TIME: 04-13-2011 1025
FACL/CHAIRPERSON.....: BRO/GARCIA D
REPORT REMARKS.......: CLAIMS HE DID NOT KNOW PROCEDURES AND WANTED PAPERWORK
                       REFUSED TO TAKE PART IN BREATHALYZER/REFUSED TO BLOW
   222  POSSESSING INTOXICANTS - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:000 LAW:   DISLLOW WHEN AVAIL
        DS         / 30 DAYS / CS
        COMP:  LAW:   RELEASE 5/12/11
        LP COMM    / 200 DAYS / CS
        COMP:  LAW:  CONSEC SANCTION
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2102266 - SANCTIONED INCIDENT DATE/TIME: 12-17-2010 0935
DHO HEARING DATE/TIME: 01-05-2011 1145
FACL/CHAIRPERSON.....: BRO/GARCIA D
REPORT REMARKS.......: ADMITS/HIT DURESS ALARM IN SHU CEL  CLAIMS HE WAS MAD
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        DS         / 30 DAYS / CS
        COMP:  LAW:   RELEASE 2/3/11
        LP COMM    / 150 DAYS / CS
        COMP:  LAW:   RESTORE 6/12/11 CONSECUITVE SANCTION
        LP PHONE   / 150 DAYS / CS
        COMP:  LAW:  1/5/11-6/3/11
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2088294 - SANCTIONED INCIDENT DATE/TIME: 11-09-2010 1111
UDC HEARING DATE/TIME: 11-16-2010 1515
FACL/UDC/CHAIRPERSON.: BRO/C/M. REEDER
REPORT REMARKS.......: INMATE ALESSA'S SUSPENDED SANCTIONS WAS IMPOSED FOR 60
                       DAYS LOSS OF COMM AND 30 DAYS LOSS OF VISITS.
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM    SUSPENDED 11-02-2010 1255
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP VISIT   / 30 DAYS / CS
        COMP:  LAW:  FROM 11-16-2010 UNTIL 12-15-2010.

```
MARBN            *      INMATE DISCIPLINE DATA          *      05-01-2023
PAGE 008 OF 008  *    CHRONOLOGICAL DISCIPLINARY RECORD  *      06:49:10

REGISTER NO: 61801-050 NAME..: ALESSA, MOHAMED
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-01-2023

----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2084380 - SANCTIONED INCIDENT DATE/TIME: 10-30-2010 1255
UDC HEARING DATE/TIME: 11-02-2010 1255
FACL/UDC/CHAIRPERSON.: BRO/C/M. REEDER
REPORT REMARKS.......: INMATE WAS SANCTIONED BY THE UDC.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 60 DAYS / CS / SUSPENDED 30 DAYS
                    EXECUTED BASED ON HEARING OF 11-16-2010 1515
         COMP:    LAW:   60 DAYS LOSS OF COMM, SUSPENDED PENDING 30 DAYS
                         CLEAR CONDUCT.
```

## MALE PATTERN RISK SCORING

| Register Number: | | Date: | | | |
|---|---|---|---|---|---|
| Inmate Name: | | | | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age | > 60 | 0 | | 0 | |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction | No | 0 | | 0 | |
| | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN) | No | 0 | | 0 | |
| | Yes | 5 | | 5 | |
| 4. Criminal History Points | 0 - 1 Points | 0 | | 0 | |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes | None | 0 | | 0 | |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence | None | 0 | | 0 | |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score | Not Enrolled | 0 | | 0 | |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status | No DAP Completed | 0 | | 0 | |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months) | 0 | 0 | | 0 | |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months) | 0 | 0 | | 0 | |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 1 | | 1 | |
| | 3-6 months | 2 | | 2 | |
| | <3 | 3 | | 3 | |
| 13. FRP Refuse | NO | 0 | | 0 | |
| | YES | 1 | | 1 | |
| 14. Programs Completed | 0 | 0 | | 0 | |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs | 0 Programs | 0 | | 0 | |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | | Violent: | |
| **General/Violent Risk Levels** | | General: | | Violent: | |

| OVERALL MALE PATTERN RISK LEVEL | | |
|---|---|---|
| **Male Cut Points** | | |
| General | Violent | |
| Minimum = 8 or less | Minimum = 6 or less | |
| Low = 9 - 30 | Low = 7 - 24 | |
| Medium = 31 - 43 | Medium = 20 - 25 | |
| High = 44+ | High = 31+ | |