| Name | Case No | Conviction | Sentence | Release Year | US/ Deported |
|---|---|---|---|---|---|
| Mohammed Hossain | NDNY 1:04-cr-402 | Material support | 180 mo | 2020 (won compassionate release 6/8/2020 2020 WL 3265001) | US |
| Sabirhan Hasanoff | SDNY 1:10-cr-00162 | Material support | 216 mo | 2020 (won compassionate release 10/20/20 2020 U.S. Dist. LEXIS 199816) | US |
| Uzair Paracha | SDNY 1:03-cr-01197 | Material Support but conviction was vacated | 360 mo (but | 2020 He won a new trial in 2018 and was released in 2020 with no charges (agreeing to return to Pakistan) | Pakistan |
| Wesam El-Hanafi | SDNY 1:10-cr-00162 | Material support | 180 mo | 2020 (won compassionate release 5/19/20 *United States v. El-Hanafi*, 2020 WL 2538384 ) | US |
| Sabirhan Hasanoff | SDNY 1:10-cr-00162 | Material Support | 216 mo | 2020 (won compassionate release) | US |
| Sami Hassoun | NDIL 1:10-CR-00773 | Att Use of Wpns of Mass Destruction | 156 mo | 2020 (won compassionate release 7/3/20 *United States v. Hassoun* 2020 U.S. Dist. LEXIS 129945 ) | To be deported to Lebanon in Ja |
| Tahawwur Rana | NDIL 1:09-cr-00830 | Material support | 168 mo | 2020 (won compassionate release) | Being deported to Pakistan |
| Hawo Hassan | DMN 0:10- | Material Support | 129 mo | 2020 (won compassionate | US |

| Name | Court/Case | Charge | Sentence | Year | Status |
|---|---|---|---|---|---|
| | CR-00187 | | | release 10/10/20) *United States v. Hassan*, 2020 U.S. Dist. LEXIS 165638) | |
| Adel Abdul Bary | SDNY 98-cr-01023 | Murder Conspiracy | 300 mo | 2020 (won compassionate release, shortening his sentence slightly) | Being deported to the UK |
| Sami Hassoun | NDIL 1:10-cr-00773 | Att. Use of weapons of mass destruction | 276 mo | 2021 (won compassionate release motion) | deported |
| Mohamad Hammoud | WDNC 3:00-cr-00147 | Material Support | 360 mo | 2022 (won compassionate release motion) | Faced deportation |
| Wesam El-Hanifi | SDNY 10-cr-162 | Material Support | 180 mo | 2023 (won compassionate release motion) | US |
| Onta Williams | SDNY 7:09-cr-00558 | Bombing conspiracy | 300 mo | 2023 (won compassionate release motion) | US |
| David Williams | SDNY 7:09-cr-00558 | Bombing conspiracy | 300 mo | 2023 (won compassionate release motion) | US |
| Masoud Khan | EDVA 1:03-cr-00296 | Material support etc | Life (but reduced to time served) | 2018 | US (supervised release was term |
| Seifullah Chapman | EDVA 1:03-cr-00296 | Material support etc | Life (but reduced to time served) | 2018 | US (supervised release was term |
| Randall Royer | EDVA 1:03-cr-00296 | Material support etc | 240 mo (but released early) | 2016 | US |
| Ali Al-Timimi | EDVA 1:04-cr-00385 | Inciting terrorist violence | On bail pending appeal | 2020 | US |

| Name | Case | Charge | Sentence | Year | Status |
|---|---|---|---|---|---|
| John Walker Lindh | EDVA 1:02-cr-00037 | Fighting with Taliban | 240 mo | 2019 | US |
| Ali Asad Chandhia | EDVA 1:05-cr-00401 | Material support | 180 mo | 2019 | Deported to Pakistan |
| Ibrahim al-Hamdi | EDVA 1:03-cr-00296 | Material support related | 180 mo | 2017 | Deported to Yemen |
| Khwaja Hasan | EDVA 1:03-cr-00296 | Material support related | 135 mo | 2006 | US |
| Muhammed Aatique | EDVA 1:03-cr-00296 | Material support related | 126 mo | 2006 | Deported to Pakistan |
| Yong Ki Kwon | EDVA 1:03-cr-00296 | Material support related | 138 mo | 2006 | US |
| Sabri Benkhala | EDVA 1:06-cr-009 | Obstruction & false statements with terrorism enhancement | 121 mo | 2016 | US |
| Abdurahman al-Amoudi | EDVA 1:03-cr-00513 | Terrorism-related charges | 276 mo (released early) | 2018 | US |
| Jesse Curtis Morton | EDVA 1:12-cr-00035 | Conspiracy and communicating terrorist threats | 127 mo | 2017 | US |
| Tarik Shah | SDNY 1:05-cr-00673 | Material support | 180 mo | 2018 | US |
| Abdulrahman Farhane | SDNY 1:05-cr-00673 | Material support | 144 mo | 2017 | US |
| Mahmud Brent | SDNY 1:05-cr-00673 | Material support | 180 mo | 2018 | US |
| Syed Hashmi | SDNY 1:06-cr-00442 | Material support | 240 mo | 2019 | US |
| Abdul Alishtari | SDNY 1:07-cr-00115 | Material support | 120 mo | 2015 | US |
| Amir Abdelgani | SDNY 1:93-cr-00181 | Seditious Conspiracy | 360 mo | 2019 | Deported to Sudan |

| Fares Khallafalla | SDNY 1:93-cr-00181 | Seditious Conspiracy | 420 mo | 2019 | Deported to Sudan |
|---|---|---|---|---|---|
| Fadil Abdelgani | SDNY 1:93-cr-00181 | Seditious Conspiracy | 300 mo | 2015 | Deported to Sudan |
| Jamal Yousef | SDNY 08-cr-01213 | Material Support | 144 mo | 2019 | Deported to Lebanon |
| Adel Abdul Bary | SDNY 98-cr-01023 | Murder Conspiracy | 300 mo | 2020 (won compassionate release, shortening his sentence slightly) | Being deported to the UK |
| Khalid Awan | EDNY 1:06-cr-00154 | Supported extremist group in Pakistan | 168 mo | 2018 | Deported to Canada (see https://globalnews.ca/news/6574 comes-home-after-imprisoned-a |
| Abad Elfgeeh | EDNY 03-cr-0133 | Illegal money transfers related to terrorism | 188 mo | 2019 | US |
| Sahilal Sabaratnam | EDNY 1:06-cr-00615 | Material support | 300 mo | 2019 | Deported to Canada |
| Yassin Aref | NDNY 1:04-cr-402 | Material support | 180 mo | 2018 | Deported to Iraq |
| Rafil Dhafir | NDNY 5:03-cr-00064 | Violating sanctions on Iraq etc | 276 mo | 2020 (got home confinement) | US |
| Mukhtar al-Bakr | WDNY 1:02-cr-00214 | Material support | 120 mo | 2011 | US |
| Kifah Jayyousi | SDFL 0:04-cr-60001 | Material support | 152 mo | 2017 | US |
| Ehsanul Sadequee | NDGA 1:06-cr-00147 | Material support | 204 mo | 2020 | US |
| Enaam Arnaout | NDIL 1:02-cr-00892 | Supported Muslim fighters in Bosnia | 120 mo | 2011 | US |
| Abdelhallem Ashqar | NDIL 03-cr-978 | Contempt & obstruction in case related to funding Hamas | 135 mo | 2017 | US |

| Ahmed Bilal | DOR 3:02-cr-00399 | Engaged in firearms training to prepare for violent jihad | 120 mo | 2011 | US |
|---|---|---|---|---|---|
| Ihsan Elashi | NDTX 3:02-cr-00033 | Related to funding Hamas | 120 mo | 2011 | US |
| Nuradin Abdi | SDOH 2:04-cr-088 | Material support | 120 mo | 2012 | Deported to Somalia |
| Marwan El-Hindi | NDOH 3:06-cr-00719 | Material support | 132 mo | 2018 | US |
| Adnan Mirza | SDTX 4:06-cr-00421 | Conspiracy to support the Taliban | 180 mo | 2019 | Deported to Pakistan |
| Babar Ahmad | DCT 3:04-cr-00301 | Material support | 144 mo | 2015 | Deported to UK |
| Hassan Abujihaad | DCT 3:07-cr-00057 | Material support | 120mo | 2016 | US |
| Narseal Batiste | SDFL 1:06-cr-20373 | Material support | 162 mo | 2018 | US |
| Fawzi Assi | EDMI 2:98-cr-80695 | Material support | 120 mo | 2013 | US |
| Issah Doreh | SDCA 3:10-cr-04246 | Material support | 120 mo | 2019 | US |
| Hamid Hayat | EDC 2:05-cr-240 | Material Support | 288 mo | 2019 (He won a new trial in 2019, and was released in July 2019 when the charges were dropped.) | US |
| Iyman Faris | EDVA 1:03-cr-00189 | Material Support | 240 mo | 2020 | Had his citizenship revoked |
| Abdel Nur | EDNY 1:07-cr-00543 | Material Support | 180 mo | 2020 | Faced deportation |

| Name | Case | Charge | Sentence | Year | Status |
|---|---|---|---|---|---|
| Ahmed Abdellatif Sherif Mohamed | MDFL 8:07-CR-00342 | Material Support | 180 mo | 2020 | Deported to Egypt |
| Mohamud Abdi Yusuf | DMN 4:10-cr-00547 | Material Support | 140 mo | 2020 | Faced deportation |
| Jamshid Muhtorov | DCO 1:12-cr-00033 | Material Support | 96 mo | 2021 | Faced deportation |
| Brandon Baxter | NDOH 1:12-cr-00238 | Conspiracy and Attempt to Use Weapons of Mass Destruction | 117 mo | 2020 | US |
| Walter Bond | DCO 1:10-cr-00389 and DUT 2:10-cr-00844 | Destroying property with explosives, force and threats involving animal enterprises, arson | 147 mo | 2021 | US |
| Miguel Alejandro Santana Vidriales | CDCA 5:12-cr-00092 | Material Support | 120 mo | 2021 | Faced deportation |
| Nader Modanlo | DMD 8:10-cr-00295 | conspiracy, violation of sanctions on Iran, money laundering | 96 mo. - got clemency in prisoner transfer January 2016 | 2016 | US |
| Avin Marsalis Brown | EDNC 5:14-cr-00058 | Material Support | 92 mo | 2020 | US |
| Dylan Boyd | EDNC 5:09-cr-216 | Material Support | 96 mo | 2015 | US |
| Zakariya Boyd | EDNC 5:09-cr-216 | Material Support | 108 mo | 2017 | US |
| Brandon Orlando Baldwin | EDMO 4:14-cr-00366 | False statement in connection with firearm purchase | 84 mo | 2020 | US |

| Name | Case | Charge | Sentence | Year | Status |
|---|---|---|---|---|---|
| Olajuwon Davis | EDMO 4:14-cr-00366 | False statement in connection with firearm purchase | 84 mo | 2020 | US |
| Mediha Medy Salkicevic | EDMO 4:15-cr-00049 | Material Support | 78 mo | 2020 | US |
| Jonathan Paul Jimenez | MDFL 6:12-cr-00063 | Was failed terrorism sting, then tax fraud charges | 120 mo | 2020 | US |
| Asif Ahmed Salim | NDOH 3:18-cr-00186 | Material Support | 72mo | 2020 | US |
| Ardit Ferizi | EDVA 1:16-cr-00042 | Material Support, etc | 240 mo (won compassionate release) | 2020 | Faces deportation |
| Ehsanul Islam Sadequee | NDGA 1:06-cr-00147 | Material Support | 204 mo | 2020 | US |
| Daniel Seth Franey | WDWA 3:16-cr-05073 | Unlawful Possession of Firearms (& was alleged to have supported ISIS but not charged for that) | 72 mo | 2021 | US |
| Yosvany Padilla-Conde | EDWI 2:16-cr-00175 | Material Support | 66 mo | 2021 | US |
| Wali Khan Amin Shah | SDNY 1:93-cr-00180 | Bombing conspiracy etc | 360 mo | 2021 | deported |
| Irfan Demirtas | DDC 1:11-cr-00356 | Material Suppport | 88 mo | 2021 | Faced deportation |
| Ioannis Viglakis | SDNY 1:12-cr-00585 | Material Support | 120 mo | 2021 | Faced deportation |
| Jama Idle Ibrahim | DDC 1:10-cr-00231 | Piracy Conspiracy | 360 mo | 2021 | Faced deportation |
| Yarlei Banol-Ramos | SDNY 1:09-cr-00498 | Material Support | 180 mo | 2020 | Faced deportation |

| Aaron Travis Daniels | SDOH 2:16-cr-00222 | Material Support | 80 mo | 2021 | US |
|---|---|---|---|---|---|
| Ali Yasin Ahmed | EDNY 1:12-cr-00661 | Material Support | 132 mo | 2021 | Faced deportation |
| Akba Jihad Jordan | EDNC 5:14-cr-00058 | Material Support Conspiracy | 108 mo | 2021 | US |
| Joshua Stafford | NDOH 1:12-cr-00238 | Conspiracy to use weapons of mass destruction | 120 mo | 2021 | US |
| Mohammad El-Mezain | NDTX 3:04-cr-00240 | Material Support | 180 mo | 2021 | deported |
| Ramiz Zijad Hodzic | EDMO 4:15-cr-00049 | Material Support | 96 mo | 2021 | Faced deportation |
| Safya Yassin | WDMO 6:16-cr-03024 | Communication of Threats (related to terrorism) | 108 mo | 2022 | US |
| Abror Habibov | EDNY 1:15-cr-00095 | Material Support | Time served (~ 7 years) | 2022 | US but may face deportation |
| Keonna Thomas | EDPA 2:15-cr-00171 | Att. Material Support | 96 mo | 2022 | US |
| Rahatul Khan | WDTX 1:14-cr-00212 | Material Support | 120 mo | 2022 | US |
| Ahmed Sattar | SDNY 1:02-cr-00395 | Material Support, etc | 288 mo | 2022 | US |
| Douglas Wright | NDOH 1:12-cr-00238 | Att. Use of weapons of mass destruction | 138 mo | 2022 | US |
| Muhammad Daakhlalla | NDMS 1:15-cr-00098 | Material Support | 96 mo | 2022 | US |
| Mohamad Kodaimati | SDCA 3:15-cr-01298 | False Stms related to terrorism | 96 mo | 2022 | US |

| Mohammad Omar Ali Hassan | EDNC 5:09-cr-216 | Material Support | 180 mo | 2022 | US |
|---|---|---|---|---|---|
| Jason Ludke | EDWI 2:16-cr-00175 | Att. Material Support | 84 mo | 2022 | US |
| Artur Tchibassa | DDC 1:91-cr-00560 | Hostage Taking Conspiracy | 293 mo | 2023 | Faces deportation |
| Joshua Van Haften | WDWI 3:15-cr-00037 | Material Support | 120 mo | 2023 | US |
| Marchello McCain | SDCA 3:15-cr-174 | False Statements related to terrorism, etc | 120 mo | 2023 | US |
| Omer Abdi Mohamed | DMN 0:09-cr-00352 | Material Support Conspiracy | 144 mo | 2023 | US |
| Adnan Abdihamid Farah | DMN 0:15-cr-00049 | Material Support Conspiracy | 120 mo | 2023 | US |
| Zacharia Yusuf Abdurahman | DMN 0:15-cr-00049 | Material Support Conspiracy | 120 mo | 2023 | US |
| Hamza Ahmed | DMN 0:15-cr-049 | Material Support Conspiracy | 120 mo | 2023 | US |
| Hanad Muse | DMN 0:15-cr-049 | Material Support Conspiracy | 120 mo | 2023 | US |
| Haris Qamar | EDVA 1:16-cr-00227 | Material Support | 102 mo | 2023 | US |
| Mohammad Amawi | NDOH 3:06-cr-719 | Material Support, etc | 240 mo | 2023 | US |
| Justin Kaliebe | EDNY 2:13-cr-00072 | Att. Material Support | 156 mo | 2024 | US |
| Nader Saadeh | DNJ 2:15-cr-00618 | Material Support | 120 mo | 2024 | US |